UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


CIVIL MINUTES - GENERAL

Case No.   CV 12-7121 ABC(FFMx)          Date: September 5, 2012

Title:     Lewis Rudzki -vs- Horizon Group USA Inc., et al

=======================================================================
PRESENT: HON. AUDREY B. COLLINS, CHIEF U.S. DISTRICT JUDGE

        Angela Bridges                    None
        Deputy Clerk                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None present                          None present

PROCEEDINGS: (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY
             WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW
             CAUSE HEARING BEFORE THE CHIEF JUDGE

     On, August 31, 2012 this Court issued an Order to Comply With Local
Rule 3-2, which requires that all manually filed civil initiating documents
be e-mailed in electronic form (PDF format only) within twenty-four hours
of the date the civil initiating documents are filed. Plaintiff's counsel
has failed to comply with that Order of Court.

     IT IS HEREBY ORDERED that counsel appear in person before Chief Judge
AUDREY B. COLLINS, on **September 10, 2012, at 10:00 a.m.**, Courtroom 680,
Roybal Federal Building and United States Courthouse, 255 East Temple
Street, Los Angeles, California, to show cause why monetary sanctions
should not be imposed against counsel pursuant to Local Rule 83-7(a), for
failure to comply with Local Rule 3-2.

     A written response to this Order to Show Cause shall be filed no later
than **Friday, September 7, 2012. Failure to do so will result in the
matter being submitted to the Court without hearing and be deemed
consent to the imposition of sanctions.** To contact the Deputy Clerk
to Chief Judge Collins, call Angela Bridges, at (213) 894-6500.

     The Clerk shall serve this minute order on all parties/counsel in this
action.


                                            ____ : _____
                              Initials of Deputy Clerk:   ljw for AB